**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.  **Case No. 3:05-cr-110-J-99MMH**

**VICTOR SOTO**

_____/

### ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#34) of the United States Magistrate Judge, to which no objections have been filed, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, **VICTOR SOTO**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II, is hereby **scheduled** for 11:00 a.m., on Tuesday, September 20, 2005, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  19th  of July, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:   Assistant United States Attorney (Brown)
    Federal Public Defender (Grant)
    United States Marshal's Service
    United States Probation
    United States Pretrial